UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DR. JACK WILSON STAMPS, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-24-CV-294-OLG (HJB) |
| | § | |
| UNIVERSITY OF TEXAS SYSTEM, | § | |
| and UNIVERSITY OF TEXAS | § | |
| AT SAN ANTONIO, | § | |
| | § | |

### ORDER APPOINTING COUNSEL FOR PLAINTIFF
### AND SETTING VIDEO STATUS CONFERENCE

Before the Court is the status of the above case, in which pretrial and scheduling matters have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 9.) The Court finds it to be in the interests of justice to appoint counsel for *pro se* Plaintiff.

Accordingly, it is hereby **ORDERED** that attorney **Allison Sarah Hartry** is appointed to represent Plaintiff in this case through trial and entry of judgment, under both 28 U.S.C. § 1915(e) and the Court's Standing Order regarding appointment of counsel in civil cases. *See* Standing Order Establishing A+, A and B Panels for Civil Appointments in the San Antonio Division and Supplementing Amended Plain for Reimbursement of Counsel (W.D. Tex. Mar. 24, 2021). In accordance with the Standing Order, Attorney Hartry has placed herself in the "A+" panel in the Court's CM/ECF program, a panel consisting of attorneys "who . . . are qualified by their experience, background, or expertise to handle common categories of San Antonio Division *pro se* civil cases; and . . . are willing to accept more than one appointment every three years." *Id.* at 3. Attorney Harty has further identified herself as having the appropriate knowledge and experience to appropriately accept appointments in labor and employment cases such as this one.

*Cf. id.* at 3 n.4. Attorney Hartry's contact information is:

> Allison Sarah Hartry
> The Morales Firm, P.C.
> 6243 IH-10 West, Suite 132
> San Antonio, TX 78201
> Phone: 210-225-0811
> Email: ahartry@themoralesfirm.com

It is **FURTHER ORDERED** that a Status Conference is set on **January 17, 2025, at 10:30 A.M.** The conference will be held by video teleconference using the Zoom video platform. On the designated date and time of the conference, the parties are directed to join the ZOOMGOV meeting using the following credentials:

> https://txwd-uscourts.zoomgov.com/j/16126018188
>
> **Meeting ID: 161 2601 8188**

The parties are responsible for ensuring, in advance of the conference, that their video teleconference equipment is functioning and properly connects with the Court's system. Counsel should contact Courtroom Deputy Cindy Miranda at cindy_miranda@txwd.uscourts.gov in the event of any technical difficulties.

The U.S. Clerk is directed to send a copy of this Order to Plaintiff by regular mail.

**SIGNED** on November 18, 2024.

Henry J. Bemporad
United States Magistrate Judge