UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DR. JACK WILSON STAMPS, JR., | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-24-CV-294-HJB |
| UNIVERSITY OF TEXAS SYSTEM, and UNIVERSITY OF TEXAS AT SAN ANTONIO, | § § § § § | |
| Defendants. | § § | |

**ORDER SETTING TRIAL DATES**

In accordance with the Court's ruling at the Status Conference held on today's date, it is hereby **ORDERED** that:

1. An in-person pretrial conference will be held on **January 5, 2026**, at **2:30 p.m.** in Courtroom D on the 2nd floor of the United States Courthouse, 262 W. Nueva Street, San Antonio, Texas, 78207.

2. An in-person jury selection and trial will commence on **January 12, 2026**, at **9:30 a.m.** in Courtroom D on the 2nd floor of the United States Courthouse, 262 W. Nueva Street, San Antonio, Texas, 78207.

3. The parties should consult WDTX SA Div. Local Rule CV-16(f)–(h) regarding matters to be filed in advance of trial. These Rule 16 documents must be filed on or before **December 19, 2025**.

**SIGNED** on January 17, 2025.

Henry J. Bemporad
United States Magistrate Judge