UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DR. JACK WILSON STAMPS, JR., | § § | |
| Plaintiff, | § § | |
| v. | § § | SA-24-CV-294-HJB |
| UNIVERSITY OF TEXAS SYSTEM, and UNIVERSITY OF TEXAS AT SAN ANTONIO, | § § § § § | |
| Defendants. | § § | |

**ORDER FOR
SCHEDULING RECOMMENDATIONS**

In accordance with the Court's ruling at the Status Conference held on January 17, 2025, it is hereby **ORDERED** that the parties must submit their Joint Scheduling Recommendations on or before **January 31, 2025**.

The Scheduling Recommendations must include the following deadlines:

1. Initial Disclosure:  ***(the suggested period being 30 days from the date of this Order/February 18, 2025)***. The parties must make initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1). To the extent a defendant knows the identity of a responsible third party contemplated by Texas Civil Practices & Remedies Code § 33.004, such identity is subject to disclosure under Rule 26(a)(1)(A)(i).

2. Alternative Dispute Resolution ("ADR") Report.  On or before ***(the suggested period being 30 days from the date of this Order/February 18, 2025)***, the parties must submit a Joint Report indicating their agreement regarding a method of ADR, an ADR provider, the method of compensating the provider, and a date for completing the ADR proceeding no later than the date set out in Paragraph 8 below. *See* Local Rule CV-88(a).

3. Offer of Settlement:   Parties asserting claims for relief must submit a written offer of settlement to opposing parties on or before ***(the suggested period being 60 days from the date of this Order/March 18, 2025)***, and each opposing party must respond, in writing on or before ***(the suggested period being 74 days from the date of this Order/April 1, 2025)***.

4. Amend Pleadings or Join Parties: On or before **(*the suggested period being 60 days from the date of this Order/March 18, 2025*)**, the parties must file any motion seeking leave to amend or join parties. To the extent it may apply in this case, the deadline for Defendant(s) to file a motion to designate responsible third parties, pursuant to Texas Civil Practices & Remedies Code § 33.004(a), is **(*same as above/March 18, 2025*)**.

5. Designation of Experts: Parties asserting claims for relief must file their designation of testifying experts and serve on all parties, but not file the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **(*the standard period being 90 days from the date of this Order/April 17, 2025*)**.

6. Designation of Experts: Parties resisting claims for relief must file their designation of testifying experts and serve on all parties, but not file the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **(*the standard period being 120 days after the date of the Order/May 19, 2025*)**.

7. Discovery: The parties must initiate all discovery procedures in time to complete discovery on or before **(*the suggested period being 180 days from the date of this Order/July 16, 2025*)**.

8. ADR: The parties must complete mediation or other ADR in this case on or before **(*the suggested period being 14 days after the discovery deadline/July 30, 2025*)**.

9. Expert Dispute Motions: On or before **(*the standard period being 30 days after the discovery deadline/August 15, 2025*)**, the parties must file any motions to challenge or exclude expert witnesses.

10. Dispositive Motions: On or before **(*the standard period being 45 days after the discovery deadline/September 2, 2025*)**, parties must file any dispositive motions, including motions for summary judgment on all or some of the claims.

The trial dates in this case have already been set by a separate Order.[1] (*See* Docket Entry 37.)

Although the Proposed Scheduling Recommendations will be considered by Court, the setting of all dates is within the discretion of the Court.

---

[1] The Rule 16 pretrial documents filing deadline is **December 19, 2025**, the pretrial conference is set **January 5, 2026**, and the jury selection and trial are set **January 12, 2026**. (*See* Docket Entry 38.)

It is so **ORDERED**.

**SIGNED** on January 21, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge